# United States Bankruptcy Court
## Central District of California

In re   **Christopher Wedel,**
      **Julie Wedel**

Case No. _____

Debtors

Chapter _____**13**_____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date   **December 22, 2009**

**/s/ Kent VanDerSchuit 192674**
Signature of attorney
**Kent VanDerSchuit 192674
Debt Relief Legal Network
5927 Priestly Dr., Ste. 102
San Diego, CA 92008
(760) 602-6233**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy