## Subject Photo Page

| | |
|---|---|
| Borrower/Client | WEDEL |
| Property Address | 2993 CHERRY LAUREL LANE |
| City SAN JACINTO | County RIVERSIDE    State CA    Zip Code 92582-3777 |
| Lender | OWNER |



**Subject Front**
2993 CHERRY LAUREL LANE
Sales Price        N/A
Gross Living Area  2,367
Total Rooms        7
Total Bedrooms     4
Total Bathrooms    3
Location           SUBURBAN
View               HILLS
Site               9,147 (.21 AC)
Quality            AVERAGE
Age                3 YRS



**Subject Rear**



**Subject Street**

Form PIC3x5.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client WEDEL | | | |
| Property Address 2993 CHERRY LAUREL LANE | | | |
| City SAN JACINTO | County RIVERSIDE | State CA | Zip Code 92582-3777 |
| Lender OWNER | | | |



**Subject Interior- LR**
2993 CHERRY LAUREL LANE
Sales Price         N/A
Gross Living Area   2,367
Total Rooms         7
Total Bedrooms      4
Total Bathrooms     3
Location            SUBURBAN
View                HILLS
Site                9,147 (.21 AC)
Quality             AVERAGE
Age                 3 YRS



**Subject Interior- KIT**



**Subject Interior- BA**

Form PIC3x5.SI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Interior Photo Page**

| Borrower/Client | WEDEL | | | |
|---|---|---|---|---|
| Property Address | 2993 CHERRY LAUREL LANE | | | |
| City SAN JACINTO | | County RIVERSIDE | State CA | Zip Code 92582-3777 |
| Lender OWNER | | | | |



**Subject Interior- BR**
2993 CHERRY LAUREL LANE
Sales Price        N/A
Gross Living Area  2,367
Total Rooms        7
Total Bedrooms     4
Total Bathrooms    3
Location           SUBURBAN
View               HILLS
Site               9,147 (.21 AC)
Quality            AVERAGE
Age                3 YRS

**Subject Interior- BR**



**Subject Interior- BA**



## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client | WEDEL | | |
| Property Address | 2993 CHERRY LAUREL LANE | | |
| City SAN JACINTO | County RIVERSIDE | State CA | Zip Code 92582-3777 |
| Lender OWNER | | | |



**Subject Interior- BR**
2993 CHERRY LAUREL LANE
Sales Price            N/A
Gross Living Area      2,367
Total Rooms            7
Total Bedrooms         4
Total Bathrooms        3
Location               SUBURBAN
View                   HILLS
Site                   9,147 (.21 AC)
Quality                AVERAGE
Age                    3 YRS



**Subject Interior- DR**



**Subject Interior- BA**

Form PIC3x5.SI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Interior Photo Page**

| Borrower/Client | WEDEL | | | |
|---|---|---|---|---|
| Property Address | 2993 CHERRY LAUREL LANE | | | |
| City SAN JACINTO | | County RIVERSIDE | State CA | Zip Code 92582-3777 |
| Lender OWNER | | | | |



**Subject Interior-MBR**
2993 CHERRY LAUREL LANE
Sales Price         N/A
Gross Living Area   2,367
Total Rooms         7
Total Bedrooms      4
Total Bathrooms     3
Location            SUBURBAN
View                HILLS
Site                9,147 (.21 AC)
Quality             AVERAGE
Age                 3 YRS

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | WEDEL |
| Property Address | 2993 CHERRY LAUREL LANE |
| City SAN JACINTO | County RIVERSIDE    State CA    Zip Code 92582-3777 |
| Lender | OWNER |



SUBJECT PROPERTY
SIDE VIEW



SUBJECT PROPERTY
SIDE VIEW



SUBJECT PROPERTY
ADDITIONAL REAR PHOTO

**PHOTOGRAPH ADDENDUM**

| Borrower/Client | WEDEL | | | |
|---|---|---|---|---|
| Property Address | 2993 CHERRY LAUREL LANE | | | |
| City SAN JACINTO | County RIVERSIDE | State CA | Zip Code | 92582-3777 |
| Lender | OWNER | | | |



SUBJECT PROPERTY
VIEW FROM FRON OF HOUSE



SUBJECT PROPERTY
VIEW FROM FRON OF HOUSE



SUBJECT PROPERTY
VIEW FROM FRON OF HOUSE

### Comparable Photo Page

| | |
|---|---|
| Borrower/Client | WEDEL |
| Property Address | 2993 CHERRY LAUREL LANE |
| City SAN JACINTO | County RIVERSIDE State CA Zip Code 92582-3777 |
| Lender | OWNER |



**Comparable 1**
3054 CROOKED BRANCH WAY
Prox. to Subject 0.40 miles
Sale Price 140,000
Gross Living Area 2,367
Total Rooms 7
Total Bedrooms 4
Total Bathrooms 3
Location SUBURBAN
View HILLS
Site 7,405
Quality AVERAGE
Age 4 YRS



**Comparable 2**
2968 SILENT SPRINGS LANE
Prox. to Subject 0.32 miles
Sale Price 110,000
Gross Living Area 2,367
Total Rooms 7
Total Bedrooms 4
Total Bathrooms 3
Location SUBURBAN
View HILLS
Site 8,276
Quality AVERAGE
Age 4 YRS



**Comparable 3**
342 GLADIOLUS WAY
Prox. to Subject 0.19 miles
Sale Price 145,000
Gross Living Area 2,419
Total Rooms 7
Total Bedrooms 4
Total Bathrooms 3
Location SUBURBAN
View HILLS
Site 7,405
Quality AVERAGE
Age 5 YRS

## Comparable Photo Page

| Borrower/Client | WEDEL | | | |
|---|---|---|---|---|
| Property Address | 2993 CHERRY LAUREL LANE | | | |
| City SAN JACINTO | County RIVERSIDE | State CA | Zip Code 92582-3777 | |
| Lender OWNER | | | | |



### Comparable 4
2826 VIOLET DRIVE
Prox. to Subject   0.39 miles
Sale Price         130,000
Gross Living Area  2,222
Total Rooms        7
Total Bedrooms     3
Total Bathrooms    3
Location           SUBURBAN
View               HILLS
Site               7,405
Quality            AVERAGE
Age                5 YRS



### Comparable 5
2780 NEWCASTLE WAY
Prox. to Subject   0.47 miles
Sale Price         145,000
Gross Living Area  2,419
Total Rooms        78
Total Bedrooms     4
Total Bathrooms    3
Location           SUBURBAN
View               HILLS
Site               7,405
Quality            AVERAGE
Age                5 YRS



### Comparable 6
2829 EUREKA ROAD
Prox. to Subject   0.25 miles
Sale Price         155,000
Gross Living Area  2,419
Total Rooms        7
Total Bedrooms     4
Total Bathrooms    3
Location           SUBURBAN
View               HILLS
Site               7,405
Quality            AVERAGE
Age                5 YRS

**Building Sketch (Page - 1)**

| | |
|---|---|
| Borrower/Client | WEDEL |
| Property Address | 2993 CHERRY LAUREL LANE |
| City SAN JACINTO | County RIVERSIDE State CA Zip Code 92582-3777 |
| Lender | OWNER |



Sketch by Apex IV™
Comments:

| AREA CALCULATIONS SUMMARY | | |
|---|---|---|
| Code Description | Size | Net Totals |
| GLA1 First Floor | 2367.00 | 2367.00 |
| GAR Garage | 560.00 | 560.00 |
| | | |
| TOTAL LIVABLE (rounded) | | 2367 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 30.0 x 54.0 | | 1620.00 |
| 5.0 x 13.0 | | 65.00 |
| 20.0 x 24.0 | | 480.00 |
| 3.0 x 14.0 | | 42.00 |
| 10.0 x 16.0 | | 160.00 |
| 5 Calculations Total (rounded) | | 2367 |

**Location Map**

| Borrower/Client | WEDEL | | | | |
|---|---|---|---|---|---|
| Property Address | 2993 CHERRY LAUREL LANE | | | | |
| City | SAN JACINTO | County RIVERSIDE | State CA | Zip Code | 92582-3777 |
| Lender | OWNER | | | | |



**Plat Map**

| Borrower/Client | WEDEL | | | | |
|---|---|---|---|---|---|
| Property Address | 2993 CHERRY LAUREL LANE | | | | |
| City | SAN JACINTO | County | RIVERSIDE | State CA | Zip Code 92582-3777 |
| Lender | OWNER | | | | |



**STATE OF CALIFORNIA**
Business, Transportation & Housing Agency

**OFFICE OF REAL ESTATE APPRAISERS**
**REAL ESTATE APPRAISER LICENSE**

OREA APPRAISER IDENTIFICATION NUMBER: AR033347

**DELUX M. LAZICH**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS
Bob Clark

Date Issued: May 6, 2009
Date Expires: March 11, 2010

Audit No. 118110

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE. SAFE AND VERIFY FIRST.

Form SC1 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# EXHIBIT C

B6D (Official Form 6D) (12/07)

In re   **Christopher Wedel,**
      **Julie Wedel**

Case No. __6:09-bk-34434-PC__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx4044<br><br>Bank of America<br>Attn: Bankruptcy Unit<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | | C | 2006<br><br>Second Mortgage<br><br>Single family residential home located at 2993 Cherry Laurel Ln., San Jacinto, CA 92582-3777.<br><br>Value $ 0.00 | | | | 65,727.00 | 65,727.00 |
| Account No. xxxxxx9539<br><br>IndyMacBank<br>Attn: Bankruptcy Unit<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | | C | 2006<br><br>First Mortgage<br><br>single family dwelling located at 2993 Cherry Laurel Ln, San Jacinto, CA 92582-3777<br><br>Value $ 265,000.00 | | | | 266,012.00 | 266,012.00 |
| Account No. xxxxxxxxxxxx3095<br><br>IndyMacBank<br>Attn: Bankruptcy Unit<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | | C | 2006<br><br>First Mortgage<br><br>Single Family dwelling located at 2993 Cherry Lauerl Ln. San Jacinto CA 92582-3777<br><br>Value $ 250,000.00 | | | | 8,154.00 | 0.00 |
| Account No.<br><br>Wachovia Auto Loan<br>Attn: Bankruptcy Unit<br>PO Box 25341<br>Santa Ana, CA 92799-5341 | | C | 2006<br><br>Vehicle Loan<br><br><br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| _1_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 339,893.00 | 331,739.00 |

# EXHIBIT D

IndyMac Mortgage Services
a division of OneWest Bank, FSB

Primary Phone Number: (951) 487-9516
Secondary Phone Number: (951) 696-3183

**Property Address:** 2993 CHERRY LAUREL LN,
SAN JACINTO, CA 92582

| Account Information as of | 09/01/09 |
|---|---|
| Loan Number | 3002789539 |
| Interest Rate | 4.750% |
| Principal Balance | $265,823.65 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $58.41 |
| Funds Advanced by IMS (1,2) | $ .00 |
| Principal Paid YTD | $750.04 |
| Interest Paid YTD | $6,171.04 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

013908 RE
#BWNDXCT
#6689359872003095#

CHRISTOPHER T WEDEL
2993 CHERRY LAUREL LN
SAN JACINTO  CA  92582-3777

For statement questions,
please call Customer Service at
1.800.781.7399

### 10/01/09 Payment Options

| | |
|---|---|
| Principal and/or Interest | $1,241.59 |
| Escrow | $ .00 |
| Optional Products (2) | $ .00 |
| Other (2) | $ .00 |
| Payment Amount | $1,241.59 |
| Past Due Payment(s) | $1,241.59 |
| Total Payments Due | $2,483.18 |
| Unpaid Late Charges | $127.83 |
| Returned Payment Fees | $25.00 |
| Other Unpaid Charges (2) | $20.00 |
| Funds Advanced by IMS (1,2) | $ .00 |
| Total Amount Due | $2,656.01 |
| After 10/16/09 please pay: (3) | $2,718.09 |

**Your Account is Past Due.**

Unless otherwise agreed upon, additional funds may be applied to advances prior to being applied to fees/charges.

Itemized detail available upon request.

Payment calculation includes Late Charge fee.

| Date | Transaction | Total | Principal/Deferred Interest | Interest | Escrow | Fees/Misc. |
|---|---|---|---|---|---|---|
| 09/01/09 | Funds Applied | 1,300.00 | 188.62 | 1,052.97 | | 58.41 |

**PAST DUE NOTICE:**
Our records indicate that we did not receive the last payment due on your loan. If you are experiencing a problem that is causing your payment to be delayed, please call us toll free at 1.877.908.4357. We may be able to assist. Payments received after due date are considered late. Payments received after the grace period may also include a late charge. If your loan becomes a full month past due, we are required to report this to the credit bureaus. If you have already sent your payment, please disregard this notice.

**ONLINE ACCESS TO YOUR LOAN INFORMATION IS JUST A CLICK AWAY!**
To find out more, see the back of this statement.

# EXHIBIT E

1 of 2



Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 08/28/2009
**Account Number 160444044**
Property address
2993 Cherry Laurel Lane



0222760 01 AV 0.335 **AUTO  17 0 6899 92582-3777
MSR CZ A0 5101-----0-2-- C0000031 IN P23206
CHRISTOPHER T WEDEL
2993 Cherry Laurel Ln
San Jacinto CA 92582-3777

## IMPORTANT NOTICE

**As of the date of this notice, our records reflect that your loan is past due for multiple payments.** We are researching whether any of these payments have been made. Please be advised that any payments that are due, which are not under research, must be remitted immediately. Upon completion of our research, we will make any appropriate corrections to your account and notify you of any balances due.

Thank you for your prompt attention.

LOAN SERVICING
Loan Counselor

| HOME LOAN SUMMARY | Home loan overview as of 08/28/2009 | | Amount due on 09/01/2009 as of 08/28/2009 | |
|---|---|---|---|---|
| | Principal balance | $65,729.69 | Home loan payment due 09/01/2009 | $651.17 |
| | Late Charge if payment received after 09/16/2009 | $25.94 | Past due payment amount (see next page for account details) | 1,037.74 |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

PAYMENT INSTRUCTIONS
1. Please
 • don't send cash
 • don't staple the check to the payment coupon
 • don't include correspondence
 • include coupon with payment
2. Write the account number on the check or money order.
3. Make the check payable to
BAC Home Loans Servicing, LP
Attn: Remittance Processing
PO Box 10219
Van Nuys, CA 91410-0219

Account number  160444044  (4)
Christopher T Wedel
2993 Cherry Laurel Lane
San Jacinto, CA 92582

SEE OTHER SIDE FOR IMPORTANT INFORMATION    6699

BAC Home Loans Servicing, LP
PO Box 10219
Van Nuys, CA 91410-0219

Payment due **Sep 1, 2009**   *$651.17
After **Sep 16, 2009** late payment   * $677.11

Additional Principal
Additional Escrow
Check total

1604440444000000651170000067711